UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-34127 |
| Vivian Yancy | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable LaShonda A. Hunt |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Debtor's requirement to tender $1435.00 from her 2018 tax refund to the Trustee is waived.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:

**Prepared by:**
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

Rev: 20170105_bko